AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Richard Hardy

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05  11769  RGS

TO: (Name and address of Defendant)

Richard A. Hardy
45 Chatham Rd.
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton, & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-26-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

September 7, 2005

I hereby certify and return that on 9/6/2005 at 1:25PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of RICHARD A. HARDY, , 45 CHATHAM Road BILLERICA, MA 01821 and by mailing 1st class to the above address on 9/7/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($3.00), Travel ($12.16) Total Charges $46.96

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                    Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.