UNITED STATES DISTRICT COURT
District of Massachusetts

Case No. 05 CV 11769 RG

Comcast Of Massachusetts I, Inc )
    Plaintiff )
V. )
   )
Richard Hardy )
    Defendant )
   )
_____ )

## APPEARANCE

Kindly enter my appearance on behalf of the defendant, Richard Hardy. in th above-entitled matter.

Respectfully submitted,

_____
Christopher J. Sullivan, BBO# 548137
DAVIS, WHITE & SULLIVAN, PC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

DATED: 9/16/05