UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS I, INC.,
        PLAINTIFF

VS.                                             CIVIL ACTION NO. 05 CV 11769 -RGS

RICHARD HARDY,
        DEFENDANT

## ASSENTED TO MOTION TO EXTEND DISCOVERY SCHEDULE

Now come the parties in the above captioned matter and request this Honorable Court pursuant to the Local Rules 16.1 and 7.1, to extend the discovery scheduling including each respective deadline by ninety (90) days.

As grounds for extending the discovery schedule, the parties state the following:

1. The parties require additional time to complete discovery;

2. The parties were awaiting assignment to a Court Mediation Panel for March 1, 2006 as ordered in the Scheduling Conference however the parties were never notified of the assignment;

3. The purpose of mediation was to avoid unnecessary litigation and possible resolution of this matter;

4. Discovery thus far has been more complicated than the parties had anticipated at the time of the Scheduling Conference;

5. The Defendant is completing formal responses to the Plaintiff's discovery requests;

6. The Plaintiff has not prepared formal responses to the Defendant's discovery requests as it requires additional time to review the Defendant's discovery responses before submitting its own responses and noticing depositions;

7. The parties believe the ninety (90) day extension should be sufficient for the parties complete discovery and participate in mediation as ordered by the Court;

8. The parties propose the following discovery schedule:

    **September 7, 2006**     All fact discovery is completed

    **November 2, 2006**      All expert discovery is completed

    **November 16, 2006**     All dispositive motions filed with oppositions due 14 days later

9. The extension of time will provide the parties additional time to discuss resolving this matter short of any further litigation;

10. The Plaintiff has assented to this motion; and

11. No party will be prejudiced by extending the discovery schedule.

> Respectfully submitted,
> The Defendant,
>
> By His Attorney,
>
> /s/ Christopher J. Sullivan
> _____
> Christopher J. Sullivan, BBO# 548137
> DAVIS, WHITE & SULLIVAN, LLC
> One Longfellow Place, Suite 3609
> Boston, MA  02114
> (617) 720-4060

DATED:  5/23/06

## **CERTIFICATE OF SERVICE**

I, Christopher J. Sullivan, attorney for the Defendant, do hereby certify I served the attached document:

**by emailing via the ECF system to:**

John M. McLaughlin on behalf of Comcast    jmclaughlin@greenmiles.com

**by mailing via USPS:**

John M. McLaughlin, Esquire
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northhampton, MA 01601

/s/ Christopher J. Sullivan
_____
Christopher J. Sullivan, BBO# 548137
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

DATED:  5/23/06

Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 12/1/2005. Atty. McLaughlin present for the pltf. Atty. Merlino present for the deft. All fact discovery shall be completed by 6-1-06; all expert discovery, if any, shall be completed by 8-1-06; dispositive motions to be filed by 8-15-06 with oppositions due 14 days thereafter. The file will be referred to the Court mediation panel on March 1, 2006. (Court Reporter None.) (Johnson, Mary) Modified on 12/7/2005 (Johnson, Mary). (Entered: 12/07/2005)