UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: **1:05-cv-11769-RGS** |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **Richard Hardy** ) | |
| ) | |
| Defendant ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

10/5/06
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

Respectfully Submitted for the Defendant,
Richard Hardy
By his attorney,

10/10/06
Date

Christopher J. Sullivan
Davis, White & Sullivan, LLC
1 Longfellow Place, Suite 3609
Boston, MA 02114
Telephone: (617) 720-4060